**COMMONWEALTH FINANCIAL SYSTEMS, INC.**

PO Box 1110
Charlotte, NC 28201

Phone: 800-848-2170

Hours of Operation – Eastern Time  Monday - Thursday 8am - 9pm
Friday 8am - 5pm, Saturday 8am - 12pm



March 29, 2019

**Personal & Confidential**
JERRY PAUL
240 NE 21ST CT
POMPANO BEACH FL 33060-4942

SEND ALL CORRESPONDENCE TO:
Commonwealth Financial Systems
245 Main Street
Dickson City PA 18519

Please Detach And Return In The Enclosed Envelope With Your Payment

| CFSI ACCOUNT # | CURRENT CREDITOR | ORIGINAL CREDITOR | ORIGINAL ACCOUNT # | AMOUNT DUE | SERVICE DATE |
|---|---|---|---|---|---|
| 38455099 | Pendrick Capital Partners | PHOENIX EMERGENCY MEDICINE OF | 1124269.145367310 | $373.00 | 06/23/2014 |
| 38455100 | Pendrick Capital Partners | PHOENIX EMERG MED OF BROWARD | 4034205.341367174 | $866.00 | 06/09/2014 |
| 38455101 | Pendrick Capital Partners | PHOENIX EMERG MED OF BROWARD | 3052081.241758478 | $240.00 | 03/30/2014 |
| 38533271 | Pendrick Capital Partners | PHOENIX EMERG MED OF BROWARD | 3052081.241694704 | $105.69 | 03/11/2014 |
| 38533273 | Pendrick Capital Partners | PHOENIX EMERG MED OF BROWARD | 3052081.242212673 | $896.00 | 05/28/2014 |
| 38533275 | Pendrick Capital Partners | PHOENIX EMERG MED OF BROWARD | 3052081.242229011 | $240.00 | 06/02/2014 |
| 38533277 | Pendrick Capital Partners | PHOENIX EMERG MED OF BROWARD | 3052081.242603338 | $1,007.00 | 08/19/2014 |

Dear Jerry Paul,

Please be advised that your account has been placed with Commonwealth Financial Systems by Pendrick Capital Partners, the purchaser of the above referenced account. If you consider this debt to be valid, please remit payment to the above listed address.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please review the Privacy Notice contained on the back of this letter for an explanation of the Account Owners policies and procedures regarding the use of non-public, personal information.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

Sincerely
Shawn Parker Ext. 243
800-848-2170

The legal time limit (statute of limitations) for suing to collect this debt has expired. Even when the statute of limitations has expired, you may choose to make payments on the debt. Be aware: if you make a payment on the debt, admit to owing the debt, promise to pay the debt, or waive the statute of limitations on the debt, the time period in which the debt is enforceable may start again.



ACA

**To pay online visit www.cfsi-arm.com
To pay using our 24/7 automated payment system call 800-848-2170 option 7
Your Commonwealth account number is 38455099.

585370
00001762
217
Commonwealth.wfd
38455099
Page 1 of 1