## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

JERRY PAUL, individually
and on behalf all others similarly situated,

    Plaintiff,                                          Case No.: 0:19-cv-60960-WPD

v.

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

To the Clerk of the Court and all other parties:

The undersigned attorney, Dayle M. Van Hoose, enters her appearance as counsel for Commonwealth Financial Systems, Inc.

Dated: May 7, 2019

                                                               Respectfully submitted,

                                                                */s/ Dayle M. Van Hoose*
                                                                Dayle M. Van Hoose, Esq.
                                                               Florida Bar No. 0016277
                                                               Sessions, Fishman, Nathan & Israel, L.L.C.
                                                               3350 Buschwood Park Drive, Suite 195
                                                               Tampa, Florida 33618
                                                               Telephone: (813) 890-2460
                                                               Facsimile: (877) 334-0661
                                                               dvanhoose@sessions.legal
                                                               *Attorney for Defendant,*
                                                               *Commonwealth Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

1

I certify that on this 7th day of May 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi
110 S.E. 6th St., 17th Floor
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com

*/s/ Dayle M. Van Hoose*
Attorney