UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JERRY PAUL, individually
and on behalf all others similarly situated,

Plaintiff,                                                   Case No.: 0:19-cv-60960-WPD

v.

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

Defendant.
_____/

**ORDER APPROVING STIPULATION OF DISMISSAL**

THIS CAUSE is before the Court upon the Joint Stipulation of Voluntary Dismissal With Prejudice ("Stipulation") [DE 16], filed herein on September 23, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 16] is hereby **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 23rd day of September, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

1